HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MAHYAR SAJJADI and GINA SAJJADI, husband and wife,

        Third-Party Plaintiffs,

   v.

WASHINGTON FIRST INTERNATIONAL BANK,

        Third-Party Defendant.

Case No. C10-5124RBL

ORDER

THIS MATTER came before the Court on Third Party Plaintiffs' Motion to Remand [Dkt. #7] pursuant to the mandatory abstention policy set forth in 28 U.S.C. § 1334(c) ("Motion"). The Court having reviewed the Motion, the Declaration of Mahyar Sajjadi, Third Party Defendant's Opposition to the Motion, the Declaration of Patrick J. Burke, and the reply brief filed by Sajjadis, now, therefore,

IT IS HEREBY ORDERED that:

1.     Third Party Plaintiffs' Motion to Remand is **DENIED**.

2.     The Court is not convinced that this is a core proceeding under 28 U.S.C. § 157(b). Whether or not it is a core proceeding, all parties agree that this action is "related" to the action now pending in

Bankruptcy Court: *In re: GMG Development, Inc.,* Case No. 10-40751-PBS. The Court is satisfied that there is no equitable ground that warrants remand of this case to State Court pursuant to 28 U.S.C. § 1452(b). Believing that the equities support referral of the case to the Bankruptcy Court, the matter is hereby referred to the United States Bankruptcy Court for the Western District of Washington at Tacoma as an adversary proceeding to *In re: GMG Development, Inc.*

    3.    The bankruptcy judge shall hear and determine, and enter final orders and judgments, subject to review under 28 U.S.C. § 158.

Dated this 7th day of April, 2010.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 2