AO 450 (Rev. 5/85) (Mod. 10/93)  Judgment in a Civil Case

# United States District Court
### WESTERN DISTRICT OF WASHINGTON

## JUDGMENT IN A CIVIL CASE

MAHYAR SAJJADI and GINA SAJJADI

v.

WASHINGTON FIRST INTERNATIONAL BANK,

CASE NUMBER:  C10-5124RBL

[ √ ]  **Decision by Court.**  This action came under consideration before the Court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Third Party Plaintiffs' Motion to Remand is **DENIED**.

The Court is satisfied that there is no equitable ground that warrants remand of this case to State Court pursuant to 28 U.S.C. § 1452(b).

The matter is hereby **referred** to the United States Bankruptcy Court for the Western District of Washington at Tacoma as an adversary proceeding to *In re: GMG Development, Inc.*

The bankruptcy judge shall hear and determine, and enter final orders and judgments, subject to review under 28 U.S.C. § 158.

*Dated:*   April 7, 2010

BRUCE  RIFKIN
*Clerk*

s/Jean Boring
*(By) Deputy Clerk*